[No. 9262–0–II.   Division Two.   June 24, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
FRANKLIN D. CUFF, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–01477–8, Arthur W. Verharen, J., entered September 10, 1985. *Affirmed* by unpublished opinion per Soule, J. Pro Tem., concurred in by Brachtenbach and Morgan, JJ. Pro Tem.

[No. 9667–6–II.   Division Two.   June 24, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JOSEPH P. CALDWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–00065–1, E. Albert Morrison, J., entered February 27, 1986. *Affirmed in part, vacated in part,* and *remanded* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 7947–3–III.   Division Three.   June 25, 1987.]

STOLTE, INC., *Appellant,* v. KENNEWICK HOSPITAL DISTRICT No. 1, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 85–2–00397–4, Fred R. Staples, J., entered June 19, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 18639–6–I.   Division One.   June 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
MICHAEL RAYMOND BARNETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–00037–9, Shannon Wetherall, J., entered June 10, 1986. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Pekelis, JJ.